SHARTSIS, FRIESE & GINSBURG LLP
FRANK A. CIALONE (Bar #172816)
ERICK C. HOWARD (Bar #214107)
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
MINEGAR ENVIRONMENTAL SYSTEMS,
INC., and PETER J. MINEGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>                            Plaintiff,<br><br>    v.<br><br>MINEGAR ENVIRONMENTAL SYSTEMS, INC., a California corporation, PETER J. MINEGAR, and Does 1-10,<br><br>                            Defendants. | No. CIV.S-04-1005 WBS/DAD<br><br>**JOINT APPLICATION FOR MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER; ORDER**<br><br>Judge: Hon. William B. Shubb |

Defendants Minegar Environmental Systems, Inc. and Peter J. Minegar (collectively "Minegar") and Plaintiff Concrete Washout Systems, Inc. ("CWS") submit this joint application to modify the Court's status (pretrial scheduling) order filed March 7, 2005 (the "March 7 Scheduling Order").

1.   Originally the Court ordered that all discovery, with exceptions for experts, was to be completed by April 1, 2005.

2.   On March 7, 2005 the Court modified the original scheduling order to allow the parties to depose certain witnesses who could not be deposed (and any issues related to such depositions resolved) by the original April 1, 2005 fact discovery cut-off. Accordingly, the March 7 Scheduling Order continued the fact discovery cut-off date to April 29, 2005.

3. On March 28 and 29, 2005, CWS took the depositions of Minegar's witnesses, defendant Peter Minegar, and third-party witness Robert Dykhouse. At those depositions, Minegar's attorney instructed the witnesses not to answer certain questions on the grounds that the questions either sought confidential trade secret information not calculated to lead to the discovery of admissible evidence or sought the substance of privileged attorney-client communications.

4. On March 30, 2005, CWS filed a motion to compel answers to the deposition questions that the witnesses had refused to answer on their attorneys' instructions. CWS noticed the motion for April 22, 2005. Pursuant to Eastern District Rule 37-251(b), the parties' Joint Statement in connection with the motion is due on April 19, 2005.

5. The parties had anticipated that they would receive the transcripts from the depositions in sufficient time for them to prepare the Joint Statement in connection with the motion. However, the transcripts have not yet been provided to either party and the parties have not been able to ascertain when the transcripts will be ready. Because the motion to compel concerns deposition testimony, the transcripts are vital to the Magistrate's consideration of the motion.

6. Even assuming that the parties receive the transcripts today (which is highly unlikely), they will only have days to prepare the Joint Statement. CWS' counsel has represented that the earliest it could prepare its portion of the Joint Statement is Friday, April 15, 2005. Counsel for Minegar is, however, scheduled to be out of town over the weekend and on Monday, April 18, 2005. Consequently, Minegar will not have adequate time to prepare its portion of the Joint Statement if the current hearing schedule is left intact.

7. The parties have agreed that, with the Court's permission, they can continue the hearing on the motion to May 6, 2005, allow the Magistrate to consider questions not answered by Mr. Minegar and Mr. Dykhouse, and complete any discovery to which CWS may entitled after that hearing, if any, no later than May 13, 2005.

8. Modification of the fact discovery deadline to May 13, 2005, will not affect any other dates set forth in the original scheduling order, including the date for trial. The parties completed all other fact discovery on April 1, 2005.

9. Consequently, the parties respectfully request that the Court modify the March 7 Scheduling Order to continue the fact discovery deadline to May 13, 2005 solely for the purpose of allowing the parties to resolve the issues related to the motion to compel at a hearing on May 6, 2005, and to comply with any discovery orders related thereto.

DATED: April 15, 2005                   SHARTSIS, FRIESE & GINSBURG LLP

                                        By */s/ Erick C. Howard*
                                             ERICK C. HOWARD

                                        Attorneys for Defendants
                                        MINEGAR ENVIRONMENTAL SYSTEMS, INC.
                                        and PETER J. MINEGAR


DATED: April 12, 2005                   BOUTIN DENTINO GIBSON GIUSTO HODELL INC.


                                        */s/ Chris Gibson*
                                             CHRIS GIBSON

                                        Attorneys for Plaintiff
                                        CONCRETE WASHOUT SYSTEMS, INC.


IT IS SO ORDERED.

Dated:  April 14, 2005

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE


ECH\6773\001\1304082.02