1  **BOUTIN DENTINO GIBSON
   DI GIUSTO HODELL INC.**
2  Chris Gibson, Esq., SBN 073353
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   915/321-4444
4
   Attorney for plaintiff
5  CONCRETE WASHOUT SYSTEMS, INC.

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9  CONCRETE WASHOUT SYSTEMS, INC.   ) CASE NO. CIV. S-04-1005 WBS/DAD
   a California corporation,        )
10                                   ) **STIPULATION AND ORDER**
                                     ) **CONTINUING HEARING ON**
11     Plaintiff,                    ) **MOTION TO COMPEL**
                                     )
12  vs.                              ) **Date:**       April 22, 2005
                                     ) **Time:**       10:00 a.m.
13 MINEGAR ENVIRONMENTAL SYSTEMS,    ) **Judge:**      Hon. Dale A. Drozd
   INC., a California corporation, PETER J. ) **Courtroom:**  27
14 MINEGAR, and DOES 1-10,           )
                                     )
15     Defendants.                   )
                                     )
16 _____    )

17     Plaintiff CONCRETE WASHOUT SYSTEMS, INC. and defendants MINEGAR
18 ENVIRONMENTAL SYSTEMS, INC. and PETER J. MINEGAR, through their respective undersigned
19 counsel, hereby stipulate and agree that, in accordance with the Court's Order modifying the Status
20 (Pretrial Scheduling) Order signed April 14, 2005, the hearing on plaintiff's motion to compel which is
21 currently scheduled for April 22, 2005, at 10:00 a.m., shall be continued to May 6, 2005, at 10:00 a.m.
22

23 Dated: April 15, 2005.          BOUTIN DENTINO GIBSON DI GIUSTO
24                                 HODELL INC.
25
                                   By:         s/Michael E. Chase
26                                         Michael E. Chase
27                                         Attorney for plaintiff
28

| | | |
|---|---|---|
| 1 | Dated: April 15, 2005. | SHARTSIS, FRIESE & GINSBURG LLP |
| 2 | | |
| 3 | | By:  s/Erick C. Howard |
| 4 | | Erick C. Howard<br>Attorneys for defendants |

IT IS SO ORDERED.

DATED: April 18, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/concrete1005.stipord