IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MINEGAR ENVIRONMENTAL SYSTEMS, INC., a California corporation, PETER J. MINEGAR,<br><br>    Defendants.<br>_____/ | No.  CIV.S-04-1005 WBS DAD<br><br><br><br>ORDER |

       This matter came before the court on May 6, 2005, for hearing on plaintiff Concrete Washout Systems, Inc.'s motion to compel further deposition testimony.  Michael Chase appeared on behalf of plaintiff.  Erick C. Howard appeared on behalf of defendants.

       Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY

1

1  ORDERED that plaintiff's motion to compel is granted in part and
2  denied in part.  The parties' requests for sanctions are denied.
3  DATED: May 13, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:th
ddad1\orders.civil\concrete1005.oah2