SHARTSIS FRIESE LLP
FRANK A. CIALONE (Bar #172816)
ERICK C. HOWARD (Bar #214107)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
MINEGAR ENVIRONMENTAL SYSTEMS,
INC., AND PETER J. MINEGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINEGAR ENVIRONMENTAL SYSTEMS, INC., a California corporation, PETER J. MINEGAR, and DOES 1 - 10,<br><br>Defendants. | No. CIV.S-04-1005<br><br>**[PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBITS R. 1, T, AND A PORTION OF EXHIBIT B OF THE DECLARATION OF ERICK C. HOWARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND A PORTION OF THE DECLARATION OF PETER J. MINEGAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 11, 2005<br>Time: 1:30 p.m.<br>Courtroom: 5<br>District Judge: Hon. William B. Shubb |

The Court considered the *Request to File Under Seal Exhibits R. 1, T and a Portion of Exhibit B of the Declaration of Erick C. Howard in Support of Defendants' Motion for Summary Judgment, and a Portion of the Declaration of Peter J. Minegar in Support of Defendants' Motion for Summary Judgment*. For good cause appearing:

/ / / / /

/ / / / /

/ / / / /

-1-

IT IS HEREBY ORDERED that the Request is GRANTED. The Exhibits R. 1, T, a portion of Exhibit B of the Declaration of Erick C. Howard and Paragraph 14 of the Declaration of Peter J. Minegar shall be filed under seal. The party who files the exhibits under seal shall make sure that copies the exhibits in their entirety, unsealed, are provided along with the copies of the papers which are submitted to the judges' chambers at the time the exhibits are filed.

DATED: June 2, 2005

NAB\6773\001\1309398.01

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No. 04-1005   [PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBITS R. 1, T, AND A PORTION OF EXHIBIT B OF THE DECLARATION OF ERICK C. HOWARD, AND A PORTION OF THE DECLARATION OF PETER J. MINEGAR