1  **BOUTIN DENTINO GIBSON**
   **DI GIUSTO HODELL INC.**
2  Chris Gibson, Esq., SBN 073353
   Michael E. Chase, Esq., SBN 214506
3  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814
4  915/321-4444

5  Attorney for plaintiff
   CONCRETE WASHOUT SYSTEMS, INC.
6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9  CONCRETE WASHOUT SYSTEMS, INC.   ) CASE NO. CIV. S-04-1005 WBS/DAD
   a California corporation,         )
10                                    ) **FILE UNDER SEAL EXHIBITS A-2, B-2,**
                                      ) **C-2, AND D-2 TO THE DECLARATION**
11             Plaintiff,             ) **OF CHRIS GIBSON IN OPPOSITION**
                                      ) **TO DEFENDANTS' MOTION FOR**
12      vs.                           ) **SUMMARY JUDGMENT**
                                      )
13 MINEGAR ENVIRONMENTAL SYSTEMS,    ) Date:  July 11, 2005
   INC., a California corporation, PETER J. ) Time:  1:30 p.m.
14 MINEGAR, and DOES 1-10,           ) Dept.:  5
                                      ) Judge: Hon. William B. Shubb
15             Defendants.            )
                                      )
16 _____)

17      The Court considered the REQUEST TO FILE UNDER SEAL EXHIBITS A-2, B-2, C-2,

18 AND D-2 TO THE DECLARATION OF CHRIS GIBSON IN OPPOSITION TO

19 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

20      For good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

21
22 Exhibits A-2, B-2, C-2 and D-2 to the Declaration of Chris Gibson in Opposition to Defendants'

23 Motion for Summary Judgment shall be filed under seal.  The party who files the exhibits shall

24 make sure that copies of the exhibits in their entirety, unsealed, are provided along with copies of

25 ///

26 ///

27 ///

28 ///

///

1
2      the papers which are submitted to the judge's chambers at the time the exhibits are filed.

3             IT IS SO ORDERED.

4      Dated: June 21, 2005

5
6                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
7