**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**
Chris Gibson, Esq., SBN 073353
Michael E. Chase, Esq., SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
915/321-4444

Attorney for plaintiff
CONCRETE WASHOUT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MINEGAR ENVIRONMENTAL SYSTEMS, INC., a California corporation, PETER J. MINEGAR, and DOES 1-10, <br><br> Defendants. | CASE NO. CIV. S-04-1005 WBS/DAD <br><br> **[PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBIT "A" TO THE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: July 11, 2005 <br> Time: 1:30 p.m. <br> Dept.: 5 <br> Judge: Hon. William B. Shubb |

The Court considered the REQUEST TO FILE UNDER SEAL EXHIBIT "A" TO THE DECLARATION OF DANIEL P. MAGUIRE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

For good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Exhibit "A" to the Declaration of Daniel P. Maguire in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed under seal. The party who files the exhibits shall make sure that copies of the exhibits in their entirety, unsealed, are provided along with copies

///

///

///

1 of the papers which are submitted to the judge's chambers at the time the exhibits are filed.

    IT IS SO ORDERED.

Dated: June 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE