SHARTSIS FRIESE LLP
FRANK A. CIALONE (Bar #172816)
ERICK C. HOWARD (Bar #214107)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
MINEGAR ENVIRONMENTAL SYSTEMS,
INC., AND PETER J. MINEGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MINEGAR ENVIRONMENTAL SYSTEMS, INC., a California corporation, PETER J. MINEGAR, and DOES 1 - 10,<br><br>　　　　　　　　　Defendants. | No. CIV.S-04-1005<br><br>**[PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBIT A OF THE REPLY DECLARATION OF PETER J. MINEGAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　July 11, 2005<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5<br>District Judge:　Hon. William B. Shubb |

　　　The Court considered the *Request to File Under Seal Exhibit A of the Reply Declaration of Peter J. Minegar in Support of Defendants' Motion for Summary Judgment*. For good cause appearing:

　　　IT IS HEREBY ORDERED that the Request is GRANTED. The Exhibit A of the Reply Declaration of Peter J. Minegar shall be filed under seal.

DATED: July 5, 2005

　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
NAB\6773\001\1312592.01　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

Case No. 04-1005 — [PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBIT A OF THE REPLY DECLARATION OF PETER J. MINEGAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT