1   SHARTSIS FRIESE LLP
    FRANK A. CIALONE (Bar #172816)
2   ERICK C. HOWARD (Bar #214107)
    One Maritime Plaza, 18th Floor
3   San Francisco, California  94111-3598
    Telephone:  (415) 421-6500
4   Facsimile:  (415) 421-2922

5   Attorneys for Defendants
    MINEGAR ENVIRONMENTAL SYSTEMS,
6   INC., AND PETER J. MINEGAR

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  CONCRETE WASHOUT SYSTEMS, INC., a       )   No.  CIV.S-04-1005
    California corporation,                 )
12                                          )   **[PROPOSED] ORDER RE: REQUEST TO**
                            Plaintiff,      )   **FILE UNDER SEAL EXHIBIT 3 OF THE**
13                                          )   **DECLARATION OF FRANK A.**
        v.                                  )   **CIALONE IN SUPPORT OF MINEGAR**
14                                          )   **ENVIRONMENTAL SYSTEMS, INC.**
    MINEGAR ENVIRONMENTAL SYSTEMS,          )   **AND PETER J. MINEGAR'S BILL OF**
15  INC., a California corporation, PETER J. )   **COSTS**
    MINEGAR, and DOES 1 - 10,               )
16                                          )
                            Defendants.     )
17                                          )
                                            )
18  _____)

19          The Court considered the *Request To File Under Seal Exhibit 3 Of The Declaration Of*

20  *Frank A. Cialone In Support Of Minegar Environmental Systems, Inc. And Peter J. Minegar's Bill*

21  *Of Costs*.  For good cause appearing:

22          IT IS HEREBY ORDERED that the Request is GRANTED.   The Exhibit 3 of the

23  Declaration of Frank A. Cialone shall be filed under seal.

24

25  DATED:  July 26, 2005

26  NAB\6773\001\1312592.01
                                            WILLIAM B. SHUBB
27                                          UNITED STATES DISTRICT JUDGE

28

Case No.       [PROPOSED] ORDER RE: REQUEST TO FILE UNDER SEAL EXHIBIT 3 OF THE DECLARATION OF FRANK A.
04-1005        CIALONE IN SUPPORT OF MINEGAR ENVIRONMENTAL SYSTEMS, INC. AND PETER J. MINEGAR'S BILL OF COSTS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3598